IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CHRISTOPHER BROWN                                             PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:08CV414TSL-JCS

THOMAS ATCHLEY WALKER                                 DEFENDANT

## JUDGMENT

In accordance with the order of this court rendered this date, it is hereby ORDERED AND ADJUDGED that the complaint of Christopher Brown is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 20th day of February, 2009.

                                                      _/s/ James C. Sumner_____
                                                      UNITED STATES MAGISTRATE JUDGE